

ORIGINAL

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0401

FILED
12/22/2020
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: DA 20-0401

IN THE MATTER OF THE GUARDIANSHIP OF:

A.S.D.,

A Minor.

FILED

DEC 2 2 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

The record was filed for purposes of this appeal on September 22, 2020. Nothing further was filed, and on November 6, 2020, this Court ordered that Appellant L.N.D. prepare, file, and serve the opening brief no later than December 7, 2020. Nothing further has been filed.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE.

The Clerk is directed to provide copies of this Order to Appellant L.N.D. and to all counsel of record.

DATED this _22nd_ day of December, 2020.

_____
Chief Justice

_____
_____
_____
_____
Justices